Percy J. PRIOR, Oscar Carlson, et al., Appellants, v. SAILORS' UNION OF THE PACIFIC et al., Appellees.

No. 8180.

Circuit Court of Appeals, Ninth Circuit.

June 22, 1936.

H. W. Hutton, of San Francisco, Cal., for appellants.

Aaron Sapiro, of Los Angeles, Cal., and Albert Michelson and Milton Sapiro, both of San Francisco, Cal., for appellees.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, without costs to either party; mandate forthwith.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, Complainant, v. LIBERDAR HOLDING CORPORATION, Defendant.

SAME, Complainant, v. LAND ESTATES, Inc., Defendant. Staten Island National Bank and Trust Company, Appellant.

Nos. 398, 399.

Circuit Court of Appeals, Second Circuit.

May 12, 1936.

Jerome L. Greenberg, of New York City, for appellant.

Phillip F. Seigenfeld, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Appeals dismissed in open court upon the ground that the appellant has no standing in this court.